350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Coughlin Midlige & Garland LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

LAURA A. BRADY, ESQ.
DIRECT DIAL: (973) 631-6010
E-MAIL: LBRADY@CMG.LAW

PATRICK A. FLORENTINO, ESQ.
DIRECT DIAL: (973) 631-5742
E-MAIL: PFLORENTINO@CMG.LAW

July 15, 2024

**VIA ECF FILING**
Hon. André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Room MLK 2D
Newark, NJ 07102

**Re:** ***U Flex Packaging, Inc. v. Great American Spirit Insurance Company***
**Case No. 2:24-cv-07386 (BRM) (AME)**
**CMG File No. G7595-00002**
**CASE RESOLUTION**

Dear Judge Espinosa:

This firm represents Defendant, Great American Spirit Insurance Company, in the above-referenced action. We are pleased to notify the Court, pursuant to L. Civ. R. 41.1, that the parties have reached a resolution in principle of this matter. We anticipate finalizing this resolution and filing the appropriate paperwork with the Court in the near future.

Respectfully submitted,
COUGHLIN MIDLIGE & GARLAND LLP

*/s/ Laura A. Brady*
Laura A. Brady
Patrick A. Florentino

cc: Patrick J. Jennings, Counsel for Plaintiff (via email to pjjennlaw@aol.com)