UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U FLEX PACKAGING INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN SPIRIT INSURANCE COMPANY,<br><br>Defendant. | Civ. Action No: 2:24-cv-07386-BRM-AME |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with the Court's 60 Day Order Administratively Terminating Action dated July 15, 2024 (ECF No. 8), it is hereby stipulated and agreed to by the undersigned that Plaintiff, UFlex Packaging Inc., incorrectly pled as U Flex Packaging Inc., hereby voluntarily dismisses with prejudice all claims against Defendant, Great American Spirit Insurance Company, in the above-captioned action. The dismissal is without costs to either party.

Patrick J. Jennings, Esq.
Counselor at Law
155 Polifly Road
Suite 201
Hackensack, New Jersey 07601
Tel: (201) 957-0216
Email: pjjennlaw@aol.com

*Attorneys for Plaintiff*
*UFlex Packaging, Inc.*

Dated: August 30, 2024

Laura Brady, Esq.
Patrick A. Florentino, Esq.
COUGHLIN MIDLIGE & GARLAND LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
Tel: (973) 267-0058
Email: lbrady@cmg.law
Email: pflorentino@cmg.law

*Attorneys for Defendant*
*Great American Spirit Insurance Company*

Dated: August 30, 2024

3151813

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE to be electronically filed with the Clerk of Court of the District of New Jersey and served upon all counsel of record via the Court's CM/ECF electronic filing system and served upon the following via regular mail and email:

Patrick J. Jennings, Esq.
Counselor at Law
155 Polifly Road
Suite 201
Hackensack, New Jersey 07601
pjjennlaw@aol.com
*Attorneys for Plaintiff*
*UFlex Packaging, Inc.*

Dated: September 3, 2024

By: /s/ Patrick A. Florentino
Laura Brady, Esq.
Patrick A. Florentino, Esq.
COUGHLIN MIDLIGE & GARLAND LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
Tel: (973) 267-0058
Email: lbrady@cmg.law
Email: pflorentino@cmg.law

*Attorneys for Defendant*
*Great American Spirit Insurance Company*

SO ORDERED: BM

DATED: 4 Septr 2024

3151813